ACCEPTED
04-14-00829-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/7/2015 12:22:28 PM
KEITH HOTTLE
CLERK

No. 04-14-00829-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/7/2015 12:22:28 PM
KEITH E. HOTTLE
Clerk

Western Rim Property Services, Inc.,

*Appellant,*

v.

Paula Bazan-Garcia,

*Appellee.*

ON APPEAL FROM THE COUNTY COURT AT LAW NO. CC# 03 OF
BEXAR COUNTY, TEXAS, CAUSE NO. 2014CV01064

## AGREED MOTION TO DISMISS APPEAL

| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **ESPINOZA LAW FIRM, PLLC** |
| Jennifer M. Trulock | Javier Espinoza |
| State Bar No. 90001515 | State Bar No. 24036534 |
| Stephanie F. Cagniart | Josue Garza |
| State Bar No. 24079786 | State Bar No. 24072737 |
| 2001 Ross Avenue, Suite 600 | 503 E. Ramsey, Suite 103 |
| Dallas, Texas 75201-2980 | San Antonio, Texas 78216 |
| (214) 953-6500 | (210) 229-1300 |
| (214) 953-6503 (Facsimile) | (210) 229-1302 (Facsimile) |
| jennifer.trulock@bakerbotts.com | josue@espinozafirm.com |
| | |
| **ATTORNEYS FOR APPELLANT** | **ATTORNEYS FOR APPELLEE** |
| **WESTERN RIM PROPERTY SVCS, INC.** | **PAULA BAZAN-GARCIA** |

1

Pursuant to Texas Rules of Appellate Procedure 42.1(a)(2)(A) and 43.2(f), Defendant-Appellant Western Rim Property Services, Inc. ("WRPS") and Plaintiff-Appellee Paula Bazan-Garcia ("Bazan-Garcia") file this Agreed Motion requesting that the Court dismiss the pending appeal without prejudice because the parties have agreed to proceed in arbitration.

## BACKGROUND

Bazan-Garcia filed a Petition against WRPS in Bexar County Court of Law on July 1, 2014. CR 9. In response, WRPS moved to compel arbitration of Bazan-Garcia's claims, pursuant to two arbitration agreements between the parties. CR 16. The trial court denied WRPS's motion on November 10, 2014. CR 144.

WRPS timely filed this accelerated interlocutory appeal on November 24, 2014. CR 156–57. The parties completed briefing for the appeal on February 9, 2015. On March 17, 2015, the Clerk issued notice that the cause was set for formal submission on the briefs before this Court on April 7, 2015.

## MOTION

Parties may voluntarily dismiss an appeal. Tex. R. App. P. 42.1. "In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, the court may render judgment effectuating the parties' agreement." Tex. R. App. P. 42.1(a)(2)(1). The court of appeals' authority includes the power to dismiss an interlocutory appeal without prejudice. *See*, *e.g.*, *Franco v. Sanchez*,

2

Case No. 04-15-00053-CV, 2015 WL 1244868, at *1 (Tex. App.—San Antonio Mar. 18, 2015, no. pet. h.) (citing Tex. R. App. P. 42.1(a), 43.2(f)).

In this appeal, WRPS asked the Court to reverse the trial court's order denying WRPS's motion to compel arbitration, and to direct the trial court to compel arbitration of all of Bazan-Garcia's claims in accordance with the parties' arbitration agreements. The parties have now resolved that dispute by agreement. On April 6 and 7, 2015, the parties executed an Agreement to Proceed in Arbitration (the "Agreement"), in which Bazan-Garcia agreed to abate the case currently pending before the trial court and to pursue all of her claims against WRPS in arbitration, including any challenges to the validity and enforceability of the parties' arbitration agreements. A copy of this Agreement is attached to as Appendix 1.

In accordance with their Agreement to Proceed in Arbitration, the parties request that this Court dismiss this appeal without prejudice because the parties' Agreement resolves the disputes raised in this interlocutory appeal.

**PRAYER FOR RELIEF**

For the foregoing reasons, the parties respectfully request that the Court dismiss this appeal without prejudice, with each party to bear its respective costs and attorneys' fees.

Agreed to and submitted this 7th day of April, 2015.


**BAKER BOTTS L.L.P.**                    **ESPINOZA LAW FIRM, PLLC**


By: */s/ Jennifer M. Trulock*              By: */s/ Josue Garza*
   Jennifer M. Trulock                      Javier Espinoza
   State Bar No. 90001515                   State Bar No. 24036534
   2001 Ross Avenue, Suite 600              Josue Garza
   Dallas, Texas  75201                     State Bar No. 24072737
   (214) 953-6500                           503 E. Ramsey, Suite 103
   (214) 953-6503 (Facsimile)               San Antonio, Texas 78216
   jennifer.trulock@bakerbotts.com          (210) 229-1300
                                            (210) 229-1302 (Facsimile)
   Stephanie F. Cagniart                    josue@espinozafirm.com
   State Bar No. 24079786
   98 San Jacinto Blvd, Ste 1500            **ATTORNEYS FOR APPELLEE**
   Austin, Texas 78701                      **PAULA BAZAN-GARCIA**
   (512) 322-2500
   (512) 322-2501 (Facsimile)
   stephanie.cagniart@bakerbotts.com


   **ATTORNEYS FOR APPELLANT**
   **WESTERN RIM PROPERTY SVCS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, a copy of the foregoing was served by the Court's CM/ECF electronic service and by electronic mail on the following parties:

Javier Espinoza
Josue F. Garza
The Espinoza Law Firm, PLLC
503 E. Ramsey, Ste. 103
San Antonio, Texas 78216
210-229-1302 (Facsimile)
josue@espinozafirm.com

*/s/ Stephanie F. Cagniart*
Stephanie F. Cagniart

# APPENDIX 1

## AGREEMENT TO PROCEED IN ARBITRATION

This Agreement to Proceed in Arbitration ("Agreement") is made by and between Paula Bazan-Garcia ("Bazan-Garcia") and Western Rim Property Services ("WRPS") (collectively, "the Parties"), on the following terms:

### RECITALS

WHEREAS, Bazan-Garcia wishes to pursue certain claims that she asserted against WRPS in the Original Petition and First Amended Petition filed in *Bazan-Garcia v. Western Rim Property Services, Inc.*, Case No. 2014CV01064, County Court at Law #03, Bexar County, Texas (the "Case"); and

WHEREAS, WRPS contends that Bazan-Garcia's claims are subject to arbitration, and has filed an appeal to enforce the parties' arbitration agreements in *Western Rim Property Services, Inc. v. Bazan-Garcia*, Case No. 04-14-00829-CV, Fourth Court of Appeals District (the "Appeal"), which is currently set for formal submission on the briefs before the Court of Appeals on April 7, 2015; and

WHEREAS, the Parties, recognizing the expense, inconvenience and time consumption involved for the Parties and the Court of Appeals in resolving the Appeal, have agreed that the Appeal should be dismissed, that the Case should be abated, and that Bazan-Garcia must pursue her claims against WRPS in arbitration.

NOW, THEREFORE, for and in consideration of the promises, covenants and undertakings set forth herein, Bazan-Garcia and WRPS agree as follows:

1. WRPS covenants and agrees that within two (2) business days of the Effective Date of this Agreement, WRPS will file an Agreed Motion on behalf of the Parties in the Court of Appeals. The Agreed Motion will request that the Court of Appeals dismiss the Appeal without prejudice, with each party to bear its respective costs and attorneys' fees. The Parties expressly agree that the County Court's Order has no precedential effect in this or any other dispute between the Parties. By agreeing to dismiss the Appeal, WRPS does not concede that the County Court's Order was correct, and maintains that the Parties' arbitration agreements are valid and enforceable between the Parties, and Bazan-Garcia maintains her position that the arbitration agreement is unconscionable and does not waive her right assert this argument to an arbitrator.

2. Bazan-Garcia covenants and agrees that within seven (7) days after the date on which the Court of Appeals issues an Order dismissing the Appeal, Bazan-Garcia will file a motion to abate the Case in state court, pending resolution of the arbitration.

3. Bazan-Garcia covenants and agrees to pursue any claims against WRPS in arbitration, pursuant to the arbitration agreements referenced in WRPS's Opening Brief in the Appeal as App. 3 (Arbitration Agreement) and App. 13 (Employee Handbook), and in accordance with the Employment Arbitration Rules of the American Arbitration Association ("AAA"), available to the public through AAA's website. Bazan-Garcia covenants and agrees to

file her demand for arbitration within sixty (60) days after the date on which the County Court abates the Case. The Parties agree Bazan-Garcia has the right to challenge the enforceability of those agreements in arbitration.

   4. The Effective Date of the Agreement is the date by which the Agreement has been signed by both Parties or their authorized representatives.

   5. This Agreement shall inure to the benefit of and be binding upon the Parties, their agents and representatives, the heirs, successors and assigns of the respective parties.

AGREED to by:

Paula Bazan-Garcia:

Date: 4/6/15

**Western Rim Property Services:**

By: _____

Its: VP for WRPS IV, LLC the general partner

Date: 4/7/15